JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRON K. SIMMONS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>B. ARREGUIN, ET AL.,<br><br>　　　　　Defendants. | Case No. 2:23-cv-02777-HDV-AJR<br><br>**JUDGMENT** |

　　　Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: 5/15/24

_____
HON. HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE